IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01632-AP

DANNY FERNANDEZ,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
RUTH K. IRVIN
Irvin & Irvin
1443 Spruce Street
Boulder, CO 80302
(303) 543-0337
rkirvin@irvinlaw.net

<u>For Defendant</u>:
THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: 08/17/06

    B.    Date Complaint Was Served on U.S. Attorney's Office: 09/06/06

    C.    Date Answer and Administrative Record Were Filed: 11/06/06

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**There are no issues with the accuracy or completeness of the administrative record.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**None anticipated.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due: 01/05/07

    B.    Defendant's  Response Brief Due: 02/05/07

    C.    Plaintiff's  Reply Brief (If Any) Due: 02/20/07

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement: Oral Argument not requested.**

    **B.**    **Defendant's Statement: Oral Argument not requested.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 14th day of November, 2006.

                                            BY THE COURT:

                                            <u>S/John L. Kane</u>
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

                                        UNITED STATES ATTORNEY

| | |
|---|---|
| | s/ Thomas H. Kraus |
| RUTH K. IRVIN | By: THOMAS H. KRAUS |
| Irvin & Irvin | Special Assistant U.S. Attorney |
| 1443 Spruce Street | 1961 Stout St., Suite 1001A |
| Boulder, CO 80302 | Denver, Colorado  80294 |
| Telephone: (303) 543-0337 | Telephone: (303) 844-0017 |
| rkirvin@irvinlaw.net | tom.kraus@ssa.gov |
| | |
| Attorney for Plaintiff | Attorney for Defendant(s) |

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.