UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01632-WDM

DANNY R. FERNANDEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

    Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff in the amount of $3,325.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). After review of the result in this case, I now approve that award.

    Accordingly, it is ordered:

1. The stipulated motion for an award of attorney fees, filed October 31, 2007, is granted.

2. Plaintiff is awarded attorneys' fees and expenses in the total amount of $3,325.00.

    DATED at Denver, Colorado, on October 31, 2007.

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States District Judge

PDF FINAL